**O**

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LADEL OLIVER,<br><br>    Petitioner,<br><br>    vs.<br><br>JEFFREY BEARD, Sec. of CDCR,<br><br>    Respondent. | CASE NO. CV 14-05948 AB (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of ANTHONY LADEL OLIVER, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 29, 2015

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE